**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **JUAN de DIOS CAMPUZANO ESCOBAR,** | : | **Case No. 1:25-cv-830** |
| | : | |
| | : | |
| **Petitioner,** | : | **Judge Susan J. Dlott** |
| | : | |
| **vs.** | : | |
| | : | **Magistrate Judge Elizabeth P. Deavers** |
| | : | |
| **FIELD OFFICE DIRECTOR,** | : | |
| **ENFORCEMENT AND REMOVAL** | : | |
| **OPERATIONS, DETROIT FIELD** | | |
| **OFFICE, IMMIGRATION AND** | | |
| **CUSTOMS ENFORCEMENT, et** | | |
| **al.,** | | |
| | | |
| **Respondents.** | | |

**ORDER**

Juan de Dios Campuzano Escobar brings this petition for a writ of habeas corpus

under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority

under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove

Campuzano Escobar from this District nor allow him to be removed from this District

unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not

be construed as an expression of the Court's views on the merits of this matter. *See*

*Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to (1) immediately serve Respondents with a copy of the

petition and its accompanying papers, along with a copy of this Order, by overnight mail

and by email to the United States Attorney's Office for the Southern District of Ohio; and

---

[1]  The Court's directive applies with equal force to any individual, group, or entity

(2) promptly file proof of such service on the docket. Counsel for Respondents shall

promptly enter notices of appearance.

**IT IS SO ORDERED.**


November 18, 2025                                    S/Susan J. Dlott
                                                     SUSAN J. DLOTT
                                                     United States District Judge

---

working in concert with or on behalf of Respondents.