# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **JUAN DE DIOS CAMPUZANO ESCOBAR,** | : Case No. 1:25-cv-830 |
| Petitioner, | : **Judge Susan J. Dlott** |
| vs. | : **Magistrate Judge Elizabeth P. Deavers** |
| **KEVIN RAYCRAFT, Director of the Detroit Field Office for ICE, et al.,** | : |
| Respondents. | |

## ORDER

Juan de Dios Campuzano Escobar brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. This matter is before the Court to set an expedited briefing schedule on Campuzano Escobar's Motion for Declaratory Judgment and Request for Expedited Consideration. (Doc. 4). It is **ORDERED** that Respondents **shall file** any **response** no later than December 5, 2025, by 5:00 p.m.; and that Campuzano Escobar **shall file** any **reply** no later than December 8, 2025, by 5:00 p.m.

IT IS SO ORDERED.

December 4, 2025

*s/Elizabeth A. Preston Deavers*
ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE